# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>Big Meadows concessions dorms Apple )<br>#23 and 22. )<br>) | Case No.  5:21mj00044 |

## SEARCH AND SEIZURE WARRANT ON ORAL TESTIMONY

To: Any authorized law enforcement officer

I have received, and recorded electronically or by handwriting, sworn testimony communicated to me by *(name the officer)* Ian Stevenson, who requests the search of the following person or property located in the Western District of Virginia
*(identify the person or describe the property to be searched and give its location)*:

- Big Meadows lodge concessions employee dorms Apple #23 and 22, residence of Jeremiah L. Goode DOB 07/16/1981. On 11/10/21 and 11/12/2021 SNP law enforcement received reports of theft from the dorms of 6 Big Meadows Lodge concession employees. The employees, all foreign nationals with limited English. Written statements were taken in Spanish and translated into English via a google translator app. They listed multiple item that were taken from their dorm's rooms including distinguishable items such as pink apple air pods a green bag containing cosmetics a leather wallet with Mexican ID and money as well as a red/orange external phone battery and charger. Additional items include a grey Aeropostale men's shirt, iPhone and Samsung charger, large sums of tip money totally over $1000 dollars in small bills, Ferrero Riche chocolates, a Samsung cell phone, a Motorola cell phone a gold watch, rings and new shoes.
- On 11/12/2021 SNP Law Enforcement Rangers examined the rooms where items had gone missing including #12 and #3 at Big Meadows concessions dorms and noticed marks consistent with forced entry on several doors and on one locked suitcase. The complainants identified Jeremiah L Goode as a person of interest as he resides adjacent and has master keys to many of the dorm rooms. Unsuccessful attempts were made on 11/12/21 to contact Goode at his residence at Apple building #23.
- Om11/12/2021 Rangers Stevenson and M. Moses along with a concessions manager attempted to contact Goode at his residence. We knocked on the door several times for approx.15 minutes and announced ourselves as park rangers and called his name. No response was heard. Officer M. Moses checked the rear of the building and all windows were closed. The manager attempted to unlock the door to perform an administrative inventory of the room. The door to #23 was unable to be opened from the outside. The lock cylinder had been removed. We attempted to enter through adjoining room #22 as they share a bathroom. (Once inside I observed the door to #23 had been screwed shut and braced with a broom handle under the doorknob. I observed the window in room #22 hand been screwed shut as well but the screws were removed.) As the manager was unlocking the door to room #22, I heard a thud and rustling noise inside. At this time, Officer M. Moses walked around back to check the rear windows of the building. She observed a white male wearing shorts and a tee shirt (the current temp was in the low 40s) leaning on the building just around the corner as if to hide. The rear window of #22 was open behind the white male. When asked, the subject stated his name was John Johnson. Subject was detained and then identified as Jeremiah Goode.

- Delaware North Concessions management administrative policy on entering employee rooms.
- To ensure compliance with this policy, the Company reserves the right to conduct searches of any person, vehicle or object that enters onto any space owned, managed, or controlled by the Company or otherwise made available to associates by virtue of their employment by the Company.  Pursuant to this provision, the Company is authorized to search lockers, briefcases, baggage, toolboxes, lunch containers, clothing, vehicles parked on any space owned or managed or controlled by  the  Company,
  and  any  other  location  in  which  a  weapon  or  other  contraband  may  be  hidden.

- After gaining access to room 22 I observed several items in plain view during a cursory walk through with management as authorized by Delaware Norths inspection policy including a pink Apple air pod case, a green bag and multiple phone cases, chargers and external batteries on a bed, as well as several marijuana roach cigars in an ash tray next to the

bed. I then exited the room and secured the premises.

I am satisfied that circumstances make it reasonable to dispense with a written affidavit and that the testimony establishes probable cause to search and seize the person or property, described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**YOU ARE COMMANDED** to execute this warrant on or before    11/13/2021    *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    The Honorable Joel C. Hoppe   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for     days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of       .

Date and time issued:   11/13/21 at 5:33pm          *[signature: Joel C. Hoppe]*
                                                                              *Judge's signature*

City and state:   Charlottesville, VA          Joel C. Hoppe, United States Magistrate Judge
                                                                                     *Printed name and title*

I certify that the judge named above authorized me to sign his or her name.

      *Applicant's printed name*                                     *Applicant's signature*

AO 93A  (Rev. 11/13)  Search and Seizure Warrant on Oral Testimony  (Page 2)

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of person(s) seized: |||

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title*